UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS ASHFORD HUTCHINS,

    Plaintiff,

v.                                     CASE NO. 3:19cv445-MCR-MAF

JONATHAN LEWIS SLOAN,

    Defendant.
_____/

### O R D E R

This matter is before the Court on the magistrate judge's Report and Recommendation dated September 28, 2020, ECF No. 66, which recommends denying in part Defendant's Amended Motion for Summary Judgment, ECF No. 58. The Report recommends that Plaintiff's claims against Defendant Sloan in his official capacity and Defendant's defamation claim against Plaintiff should be dismissed. ECF No. 66. The Report also recommends that Plaintiff's claims for excessive force, compensatory and punitive damages, mental and emotional damages, and the state tort claims for assault and battery proceed against Defendant in his individual capacity. *Id.*

The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 66, is adopted and incorporated by reference in this Order.

2. Defendant's Amended Motion for Summary Judgment, ECF No. 58, is DENIED in part. Plaintiff's claims against Defendant in his official capacity are DISMISSED.  Because ECF No. 58 is the operative Motion for Summary Judgment, ECF No. 55 is DENIED as MOOT.

3. Defendant's counterclaim against Plaintiff for defamation and libel is DISMISSED.

4. Plaintiff's claim alleging excessive force in violation of the Eighth Amendment and the state tort claims of assault and battery shall PROCEED against Defendant in his individual capacity.  To that extent, Plaintiff's motion in response, ECF No. 61, is GRANTED.

5. Plaintiff's claims for compensatory, punitive, and mental and emotional damages shall PROCEED against Defendant in his individual capacity.

6. The Clerk is directed to remand the case to the magistrate judge for further proceedings.

**DONE and ORDERED** this 9th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**